**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7560**

———————

DAVID L. SNYDER,

Petitioner - Appellant,

versus

MARK HENRY, Warden; FEDERAL BUREAU OF PRISONS,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-98-1569-PJM)

———————

Submitted: April 29, 1999          Decided: May 4, 1999

———————

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David L. Snyder, Appellant Pro Se. George Levi Russell, III, OF-FICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David L. Snyder appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Snyder v. Henry, No. CA-98-1569-PJM (D. Md. Sept. 29, 1998);[*] see also Pelissero v. Thompson, __ F.3d __, Nos. 97-6156, 97-6221 (4th Cir. Mar. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order was signed on September 23, 1998, and was stamp dated on September 28, 1998, the district court's records show that the order was entered on the docket sheet on September 29, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).